No. — – ——. BRATHWAITE *v.* HENDERSON, SUPERINTEND-
ENT, AUBURN CORRECTIONAL FACILITY; and

No. — – ——. IOWA SOUTHERN UTILITIES CO. ET AL. *v.*
UNITED STATES. Motions to direct the Clerk to file petitions
for writs of certiorari out of time denied.

No. — – ——. VALLES *v.* LYNAUGH, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS, *ante*, p. 808. Motion of petitioner
for reconsideration of order denying leave to file petition for writ
of certiorari out of time denied.

No. — – ——. KUNTZ ET AL. *v.* SHAWMUT BANK OF BOSTON
ET AL. Treating the petition for writ of mandamus as a motion to
direct the Clerk to file petition for writ of certiorari out of time,
motion denied.

No. A–332 (88–567). MONACO *v.* UNITED STATES. C. A. 9th
Cir. Application for stay, addressed to JUSTICE STEVENS and re-
ferred to the Court, denied.

No. A–346. HOWELL *v.* HOMECRAFT LAND DEVELOPMENT
ET AL. Sup. Ct. Tex. Application for stay, addressed to JUS-
TICE BRENNAN and referred to the Court, denied.

No. A–361. MARCOS ET UX. *v.* UNITED STATES. C. A. 2d Cir.
Application for stay, presented to JUSTICE MARSHALL, and by him
referred to the Court, denied. The order heretofore entered by
JUSTICE MARSHALL on November 8, 1988, is vacated.

No. D–728. IN RE DISBARMENT OF LORENZ. Disbarment en-
tered. [For earlier order herein, see 487 U. S. 1249.]

No. D–741. IN RE DISBARMENT OF WEINBERG. It is ordered
that Samuel Weinberg, of Roslyn Harbor, N. Y., be suspended
from the practice of law in this Court and that a rule issue, return-
able within 40 days, requiring him to show cause why he should
not be disbarred from the practice of law in this Court.